CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2007

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD BOYSAW )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PURDUE PHARMA, )<br>MICHAEL FRIEDMAN, )<br>HOWARD UDELL, )<br>PAUL GOLDENHEIM, )<br>    Defendants. ) | Civil Action No. 7:07-CV-00394<br><br>**FINAL ORDER**<br><br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions **DENIED** as **MOOT**, and this case will be **STRICKEN** from the active docket of the court.

The plaintiff is hereby advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 23rd day of August, 2007.

                                /s/ James C. Turk
                                SENIOR UNITED STATES DISTRICT JUDGE